UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS LEONOR,

    Plaintiff/Counter-Defendant,

v.   Case No. 12-15343

PROVIDENT LIFE AND ACCIDENT
COMPANY and
PAUL REVERE LIFE INSURANCE
COMPANY,

    Defendants/Counter-Claimants.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying Defendants' Motion for Summary Judgment and Granting Plaintiff's Motion for Summary Judgment" dated April 30, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff.

Dated at Detroit, Michigan, this 30th day of April 2014.

                DAVID J. WEAVER
                CLERK OF THE COURT

                  s/ Lisa Wagner
              By: Lisa Wagner, Case Manager
                 to Judge Robert H. Cleland