UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS LEONOR,

    Plaintiff/Counter-Defendant,

v.                                                Case No. 12-15343

PROVIDENT LIFE AND ACCIDENT
COMPANY and
PAUL REVERE LIFE INSURANCE
COMPANY,

    Defendants/Counter-Claimants.
                                        /

## AMENDED JUDGMENT

In accordance with the court's April 30, 2014 "Opinion and Order Denying Defendants' Motion for Summary Judgment and Granting Plaintiff's Motion for Summary Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Louis Leonor and against Defendants Provident Life and Accident Company and Paul Revere Life Insurance Company, in the amount of **$255,085.58**, which includes pre-judgment statutory interest through April 30, 2014.  Post-judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961.  Further, Defendants shall pay Plaintiff "Total Disability" benefits under the 0113 Policy for the remainder of his lifetime and "Total Disability" benefits under the 8090 Policy until he turns 65.

Dated at Detroit, Michigan, this 5th day of August 2014.

                DAVID J. WEAVER
                CLERK OF THE COURT

                s/ Lisa Wagner
          By:  Lisa Wagner, Case Manager
             to Judge Robert H. Cleland

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 5, 2014, by electronic and/or ordinary mail.

                S/Lisa Wagner
                Case Manager and Deputy Clerk
                (313) 234-5522