UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOUIS LEONOR, DDS,

    Plaintiff/Counter-Defendant,

vs

PROVIDENT LIFE AND ACCIDENT
COMPANY, a Tennessee Corporation;
and PAUL REVERE LIFE INSURANCE
COMPANY, a Massachusetts Corporation,

    Defendants/Counter-Plaintiffs,

Case No. 2:12-cv-15343
Hon. Robert H. Cleland

| Michael M. Jacob (P15391) | K. Scott Hamilton (P44985) |
|---|---|
| Young Basile Hanlon & MacFarlane, PC | Dickinson Wright PLLC |
| Attorney for Plaintiff/Counter-Defendant | Attorney for Defendants/Counter-Plaintiffs |
| 3001 W. Big Beaver Road, Suite 624 | 500 Woodward Avenue, Ste. 4000 |
| Troy, MI 48084 | Detroit, MI 48226 |
| (248) 649-3333 | (313) 223-3500 |
| jacob@youngbasile.com | khamilton@dickinsonwright.com |

## NOTICE OF APPEAL

Defendants/Counter-Plaintiffs Provident Life and Accident Insurance Company, and Paul Revere Life Insurance Company, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the August 5, 2014 Amended Judgment of the District Court, along with all other orders and opinions, including the District Court's August 1, 2014 Opinion and Order Denying Defendants'

1

Motion for Reconsideration and the April 30, 2014 Opinion and Order Denying Defendants' Motion for Summary Judgment and Granting Plaintiff's Motion for Summary Judgment.

Respectfully Submitted,

DICKINSON WRIGHT PLLC

By: /s/ K. Scott Hamilton
    K. Scott Hamilton (P44095)
Attorneys for Defendants/Counter-Plaintiffs
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
(313) 223-3500

Dated: August 28, 2014

### Certificate of Service

I hereby certify that on August 28, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

/s/ K. Scott Hamilton
K. Scott Hamilton (P44095)
DICKINSON WRIGHT PLLC
Attorneys for Defendants/Counter-Plaintiffs
500 Woodward Avenue, Suite 4000
Detroit, MI 48226
313-223-3500

DETROIT 16344-289 1325502v1