# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**LOUIS LEONOR, DDS,**

   Plaintiff/Counter-Defendant,

v.                                                                                    Case No. 2:12-cv-15343

**PROVIDENT LIFE AND ACCIDENT**           Hon. Robert H. Cleland
**COMPANY,** a Tennessee Corporation;
and **PAUL REVERE LIFE**
**INSURANCE COMPANY,** a
Massachusetts Corporation,

   **Defendants/Counter-Claimants.**

---

| | |
|---|---|
| Michael M. Jacob (P15391) | K. Scott Hamilton (P44095) |
| Jeffrey D. Wilson (P56376) | **Dickinson Wright PLLC** |
| **Young Basile Hanlon & MacFarlane, PC** | 500 Woodward Avenue, Suite 4000 |
| 3001 W. Big Beaver Road, Suite 624 | Detroit, MI 48226 |
| Troy, MI 48084 | (313) 223-3500 |
| (248) 649-3333 / (248) 649-3336 Fax | khamilton@dickinsonwright.com |
| jacob@youngbasile.com | *Attorney for Defendants* |
| wilson@youngbasile.com | |
| Attorneys for Plaintiff | |

---

## AMENDED JUDGMENT

At a session of said Court
held in the City of Detroit in the County of Wayne
on   August 26, 2015
Hon. ROBERT H. CLELAND
United States District Judge

This Court having previously entered an Amended Judgment in favor of Plaintiff/Counter-Defendant on August 5, 2014 (Docket Entry #57, pg. ID 1512) which was appealed as of right by Defendants/Counter-Claimants to the Sixth Circuit (Docket Entry #59, pg. ID 1516) and cross-appealed by the Plaintiff/Counter-Defendant (Docket Entry #61, pg. ID 1519), and the Sixth Circuit having affirmed the District Court's grant of summary judgment to Plaintiff/Counter-Defendant on his contract claims and reversed the denial of penalty interest to Plaintiff/Counter-Defendant under MCLA 500.2006(4) and remanded this case back to the District Court with instructions to modify and enter a judgment accordingly, and the parties having agreed to this Amended Judgment in accordance with the Sixth Circuit Judgment and Mandate for entry by the Court;

NOW THEREFORE;

IT IS HEREBY ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff/Counter-Defendant, Louis Leonor, against the Defendants/Counter-Claimants, Provident Life and Accident Company and Paul Revere Life Insurance Company, in the amount of **$711,772.54**, which includes 12% penalty interest through September 9, 2015.  Post judgment interest shall accrue at the penalty interest rate of 12% until the Judgment has been fully paid.  Further, beginning September 9, 2015, Defendants/Counter-Claimants shall pay to Plaintiff/Counter-Defendant "Total Disability" benefits under the 0113 Policy for

the remainder of his lifetime, and "Total Disability" benefits under the 8090 Policy until he turns age sixty-five (65) in accordance with the terms and conditions of the Policies.

Dated: August 26, 2015

S/Robert H. Cleland
United States District Judge

Approved For Entry:

| | |
|---|---|
| */s/ Michael M. Jacob* | */s/ K. Scott Hamilton* |
| Michael M. Jacob (P15391) | K. Scott Hamilton (P44095) |
| Jeffrey D. Wilson (P56376) | Dickinson Wright PLLC |
| Young Basile Hanlon & MacFarlane PC | 500 Woodward Ave., Suite 4000 |
| 3001 W. Big Beaver Rd., Suite 624 | Detroit, MI  48226 |
| Troy, MI  48084 | (313) 223-3500 |
| (248) 649-3333 | khamilton@dickinsonwright.com |
| jacob@youngbasile.com | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |